In the United States District Court

for the _____ District of __Arizona__

FILED ___ LODGED
RECEIVED ___ COPY

AUG 2 4 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

United States of America

v.

Mitch Carl Currie

**00-6257**

CR-DIMITROULEAS

Criminal No. CR 00-085-PHX-RCB

**MAGISTRATE JUDGE**
**SNOW**

FILED by ___ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

I, __Mitch Carl Currie__, defendant, have been informed that a __Indictment__ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the __Southern__ District of __Florida__ in which I _____ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: __August 11__, 19 2000 at _____

(Defendant)

(Witness)

(Counsel for Defendant)

[...] certify on 9-1-00
[...] the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

_____ Deputy

Approved

_____
United States Attorney for the
_____ District of
Arizona

GUY A. LEWIS
United States Attorney for the
__Southern__ District of
Florida

FORM USA-153

```
                    U.S. District Court for the District of Arizona (Phoenix)

                    CRIMINAL DOCKET FOR CASE #: 00-CR-85-ALL

USA, et al v. Currie                                    Filed: 02/02/00
Dkt# in other court: None

Case Assigned to:  Judge Robert C Broomfield

MITCH CARL CURRIE (1)           Alvin E Entin
     dft                        [COR LD NTC ret]
                                Entin & Margules PA
                                200 E Broward Blvd
                                #1210
                                Ft Lauderdale, FL 33301
                                (954)761-7201


Pending Counts:

    NONE


Terminated Counts:                     Disposition

18:1014 - False Statements      Rule 20 Consent to Southern
(1 - 2)                         District of Florida
                                (1 - 2)


Offense Level (disposition): 4




Complaints:

    NONE



U. S. Attorneys:

    Karen S McDonald, Esq
    FAX (602)514-7694
    [COR LD NTC usa]
    US Attorney's Office
    230 N 1st Ave
    Rm 4000
    Phoenix, AZ 85025
    (602)514-7500
```

*9-1-00*
that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF ARIZONA**
By _____ Deputy

cr-06257-WPD Document 1   Entered on FLSD Docket 09/07/2000   Pa
Proceedings include all events.
2:00cr85-ALL USA, et al v. Currie
                                                              2WEEKS

| | | |
|---|---|---|
| 2/2/00 | 1 | INDICTMENT by USA attorney Karen S McDonald. Counts filed against Mitch Carl Currie (1) count(s) 1-2 (mm) [Entry date 02/04/00] |
| 2/3/00 | -- | SUMMONS issued as to Mitch Carl Currie ; arraignment hearing set for 10:45 2/16/00 for Mitch Carl Currie, before Mag Judge Lawrence O. Anderson (mm) [Entry date 02/04/00] |
| 2/8/00 | 3 | SUMMONS executed upon Mitch Carl Currie on 2/8/00 - filed 2/17/00 (served Alvin Entin, Ft Lauderdale, FL) (mm) [Entry date 02/18/00] |
| 2/15/00 | 2 | IMG FILED: 2/17/00) MINUTES: at request of gvt and no objection by dft ; arraignment hearing reset for 10:45 3/8/00 for Mitch Carl Currie, before Mag Judge Morton Sitver [cc: usa,atty,rcb,pts [2-3] (mm) [Entry date 02/17/00] |
| 3/8/00 | 4 | IMG FILED: 3/9/00) MINUTES: before Mag Judge Morton Sitver - gvt asks for one month continuance of arraignment, granted ; arraignment hearing reset for 10:45 4/5/00 for Mitch Carl Currie, before Mag Judge Virginia A. Mathis [cc: usm,pts,usa,rcb,ms [4-3] (mm) [Entry date 03/09/00] |
| 4/5/00 | 5 | IMG FILED: 4/6/00) MINUTES: before Mag Judge Morton Sitver - gvt advises court that a Rule 20 is contemplated to Florida and requests one month extension of arraignment; arraignment hearing reset for 10:45 5/3/00 for Mitch Carl Currie, before Mag Judge Lawrence O. Anderson [cc: usm,pts,usa,rcb,ms [5-3] (mm) [Entry date 04/06/00] |
| 5/3/00 | 6 | IMG FILED: 5/5/00) MINUTES: before Mag Judge Lawrence O. Anderson - Dft Mitch Carl Currie not present for arraignment and plea; gvt informs court that case will be a Rule 20 and is awaiting paperwork from District of Florida; gvt consents to dft and dft counsel proceeding swith arriagnment telephonically, gvt to adivse dft counsel of new date and time and dft counsel is to contact the court at the new time and date. ; arraignment hearing reset for 11:30 5/10/00 for Mitch Carl Currie, before Mag Judge Lawrence O. [cc: usm,pts,usa,loa,bl [6-3] (mm) [Entry date 05/05/00] |

```
                                                                2WEEKS
5/10/00   7     IMG FILED: 5/12/00) MINUTES:  before Mag Judge Lawrence O.
                Anderson - dft Mitch Carl Currie consents to arraignment
                and plea telephonically and gvt has no objection; first
                appearance of Mitch Carl Currie; informed of rights,
                charges, etc.;, dft Mitch Carl Currie  appears
                telephonically with counsel Alvin Entin - Mr. Entin to file
                notice of appearance within 7 days,  dft Mitch Carl
                Currie arraigned; not guilty plea entered; Attorney present;
                , ; pretrial motions due 5/25/00 for Mitch Carl Currie ;
                trial set for 9:00 6/27/00 for Mitch Carl Currie, dft
                released this date o/r with conditions location of
                released started   [cc: usm,pts,usa,atty,loa,bl [7-6] (mm)
                [Entry date 05/12/00]

5/12/00   8     NOTICE of Appearance of  attorney for Mitch Carl Currie ,
                Alvin E Entin (mm) [Entry date 05/12/00]

5/16/00   9     IMG ORDER  by Mag Judge Lawrence O. Anderson  setting
                conditions of release; Dft released 5/10/00, Bond set to OR
                for Mitch Carl Currie. (mm) [Entry date 05/16/00]

6/1/00    10    NOTICE OF DELIVERANCE OF PASSPORT as to dft Mitch Carl
                Currie - dft has NOT surrendered his passport to the
                custody of the clerk of court and is not to apply for
                issuance of another passport during the pendency of this
                action. (mm) [Entry date 06/02/00]

6/26/00   11    MOTION for pro hac vice appearance of  attorney Alvin E
                Entin [11-1] as to dft Mitch Carl Currie (mm)
                [Entry date 06/27/00]

6/26/00   12    MOTION  to continue trial [12-1] by Mitch Carl Currie (mm)
                [Entry date 06/27/00]

6/30/00   13    IMG ORDER  by Judge Robert C. Broomfield granting  motion for
                pro hac vice appearance of  attorney Alvin E Entin [11-1]
                as to dft Mitch Carl Currie (mm) [Entry date 06/30/00]

7/24/00   14    IMG ORDER  by Judge Robert C. Broomfield granting  motion  to
                continue trial [12-1] by Mitch Carl Currie ; trial reset
                for 9:00 8/15/00 for Mitch Carl Currie, excludable delay
                interest of justice started (mm) [Entry date 07/24/00]

8/11/00   15    MOTION  to continue trial [15-1] by Mitch Carl Currie (mm)
                [Entry date 08/14/00]

8/21/00   16    IMG ORDER  by Judge Robert C. Broomfield granting  motion  to
                continue trial [15-1] by Mitch Carl Currie ; trial set for
                9:00 9/19/00 for Mitch Carl Currie, excludable delay
                interest of justice started (sd) [Entry date 08/21/00]
```

```
                                                                 2WEEKS
8/24/00   17     RULE 20 Consent to Transfer Jurisdiction to Southern
                 District of of Florida as to Mitch Carl Currie cc: indi,
                 dkt sht, consent to transfer  Mitch Carl Currie (1)
                 count(s) 1-2. Rule 20 Consent to Southern District of
                 Florida,  Defendant dismissed from case,  Case closed (mm)
                 [Entry date 08/30/00]

8/28/00   18     MOTION to modify conditions of release (travel to Houston,
                 TX leaving 8/31/00) [18-1] by Mitch Carl Currie (mm)
                 [Entry date 08/30/00]

8/29/00   19     ORDER  by Judge Robert C. Broomfield granting  motion to
                 modify conditions of release (travel to Houston, TX leaving
                 8/31/00) [18-1] by Mitch Carl Currie (mm)
                 [Entry date 08/30/00]

9/1/00    --     REMARK as to Mitch Carl Currie - transferred pursuant to
                 Rule 20 to SD of FL - certified copies of consent to
                 transfer, indictment, minute entry from arraignment, order
                 to continue trial and docket sheet sent this date to Miami,
                 FL (mm) [Entry date 09/01/00]
```



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR00000£5PHX **RCB** |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Mitch Carl Currie, | VIO: Title 18 U.S.C. Section 1014 |
| Defendant. | (False Statements)<br>Counts 1, 2 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 25, 1989, in the District of Arizona and elsewhere, defendant MITCH CARL CURRIE did knowingly make and cause to be made materially false statements to Gateway National Bank, the accounts of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the action of Gateway National Bank to approve an application to establish a merchant account for processing Visa and MasterCard sale transactions for Tropical Cruise and Tours Inc., in that the defendant MITCH CARL CURRIE submitted a Merchant BankCard Application containing information pertaining to the operation of Tropical Cruise & Tours, Inc., along with a Tropical Cruise & Tours, Inc. Financial Statement dated 12/31/89, including the purported social security number of MITCH CARL CURRIE as 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, when in truth and in fact, defendant MITCH CARL CURRIE's true social security number was 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, and in doing so grossly understated actual credits, and charge backs experienced by Tropical Cruise & Tours, Inc., and failed to accurately reflect Tropical Cruise & Tours, Inc. relationship with its prior financial institution, Berthoud National Bank, Berthoud,

Colorado, which Tropical Cruise & Tours, Inc. used for processing such charges, and failed to accurately reflect the true financial picture of Tropical Cruise & Tours, Inc. therein knowing that the information which was provided was false and misleading.

In violation of title 18, United States Code, Section 1014.

## COUNT 2

On or about November 11, 1989, in the District of Arizona and the Western District of Kentucky, and elsewhere, defendant MITCH CARL CURRIE, did knowingly make and cause to be made materially false statements to Republic Saving Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, for the purpose of influencing the actions of Republic Savings Bank to approve an application to establish a merchant account for processing Visa and MasterCard sale transactions for Tropical Cruise and Tours, Inc. in that defendant, MITCH CARL CURRIE, submitted a false financial statement compiled as of December 31, 1988, for Tropical Cruise & Tours, Inc. in support of the application by CURRIE for a merchant account for processing Visa and MasterCard sales transactions when, as CURRIE knew, the financial statement was false and did not accurately reflect the financial position of Tropical Cruise & Tours, Inc., and further, defendant CURRIE included as part of his application for a merchant account a seven page form reciting information about Tropical Cruise & Tours, Inc., and within this document defendant CURRIE purported his social security number to be 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, when in truth and in fact, defendant CURRIE's true social security number was 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, and further, defendant CURRIE grossly understated actual credits and charge backs experienced by Tropical Cruise and Tours, Inc., and failed to accurately reflect Tropical Cruise & Tours, Inc., relationship with prior financial institutions which Tropical Cruise & Tours, Inc. used for processing such charges, therein knowing that the information which was provided was false and misleading.

2

1 | In violation of Title 18, United States Code, Section 1014.

A TRUE BILL

FOREPERSON OF THE GRAND JURY
Date: February 2, 2000

JOSÉ de JESUS RIVERA
United States Attorney
District of Arizona

*Jon Hannis*
KAREN S. McDONALD
Assistant U.S. Attorney

I hereby attest and certify on 9-1-00
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
_____ Deputy

3

RECEIVED  COPY
AUG 1 1 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                                 DEPUTY

FILED
RECEIVED ___ COPY
AUG 2 1 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZ.
BY_____ DEP.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,          CASE NO. CR 00-85-PHX-RCB

  Plaintiff,

vs.

MITCH CARL CURRIE,

  Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

THIS CAUSE came to be reviewed pursuant to Defendant, MITCH CARL CURRIE's Motion to Continue, after reviewing the pleadings and the Court being otherwise duly advised in the premises, it is hereby: *the court finds that for the reasons set forth in the motion a continuance should be granted and the granting of the continuance outweighs the interest of the public + defendant in a speedy trial.*

IT IS ORDERED AND ADJUDGED THAT;

The Defendant, MITCH CARL CURRIE's Motion to Continue the trial scheduled for Tuesday, August 15, 2000, is hereby GRANTED, *and the trial is continued to September 19, 2000 at 9:00 a.m. Caused in chambers at 8:30 a.m.* Excludable delay pur to 18:3161(h)(8)(A) to commence 8/16/00 for a total of 35 days.

DONE AND ORDERED in Chambers at Phoenix, Arizona, this __15__ day of __August__, 2000.

_____
U.S. ~~MAGISTRATE~~ COURT JUDGE
DSTAG

Copies Furnished to:
Karen McDonald, Esquire
Alvin E. Entin, Esquire

                                  9-1-00
_____ on _____
 ...  the foregoing document is a full, true and correct
copy of the original on file in my office and in my
custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

DATE: 5-10-00   CASE NUMBER: CR 00-85-01-PHX-RCB

Sealed: ☐ Yes

USA vs. Mitch Carl Currie

☒ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 1 2 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON

A.U.S. Attorney Karen McDonald   INTERPRETER _____
Richard Della Fera for LANGUAGE: _____

Attorney for Defendant Alvin Entin   ☐ Appt ☒ Ret ☐ AFPD ☐ Other ____
Appeared telephonically

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☐ RELEASED ☐ CUSTODY ☐ SUMMONS

☐ DOA _____   ☒ Initial Appearance   ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Defendant released   O/R   w/conditions _____

**ARRAIGNMENT HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for:   before:

Plea of NOT guilty entered to Counts _all pending_ DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on   6-27-00 @ 9:00 a.m.   ,

in Courtroom   3   before JUDGE Broomfield.

Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ Under Advisement ☐ Submitted
Set for:   before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____ w/conditions _____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

Other: Defendant consents to appearing telephonically on the record. No objections by the government.
It is hereby Ordered that Alvin Entin shall file a Notice of Appearance within 7 days.

9-1-00

that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

RECORDED: Cass. #A00-91 ; 5220-6604
BY: Sherise M. Hargrove, Deputy Clerk