UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.    CASE NO. 00-6257-CR-DIMITROULEAS

MITCH CARL CURRIE

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**OCTOBER 26, 2000 AT 1:00 P.M.**

TYPE OF HEARING:    CHANGE OF PLEA

CLARENCE MADDOX,
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: October 16, 2000

cc:   Eileen O'Connor, AUSA
      Alvin Entin, Esq.