UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6257-CR-DIMITROULEAS

    Plaintiff,

vs.

MITCH CARL CURRIE,

    Defendant.
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, MITCH CARL CURRIE, by and through his undersigned counsel and files this Motion to Continue the change of plea in this matter and states unto the Court as follows:

1. The change of plea in this matter is currently scheduled for Thursday, October 26, 2000 at 1:00 p.m., before Judge William Dimitrouleas.

2. On October 26, 2000 at 1:30 p.m., undersigned counsel is scheduled to attend a special set hearing on the Defendant's Motion to Dissolve the Temporary Restraining Order in the case of <u>Office of the Attorney General v. Thomas Krakauer, et al.</u>, Case No. 00-22091 CA 03, pending before Dade County Circuit Court Judge Simons. This hearing is expected to last all afternoon.

3. Undersigned counsel was unsuccessful in telephonically contacting Assistant United States Attorney Eileen O'Connor, Esquire with regard to her position on this motion.

WHEREFORE the Defendant, MITCH CARL CURRIE, respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail on this October 18, 2000 to Eileen O'Connor, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210 - First Union Center
Fort Lauderdale, FL 33301
Telephone:  (954) 761-7201
Facsimile:   (954) 767-8343

By: _____
ALVIN E. ENTIN
Fla. Bar No. 127027