UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6257-CR-DIMITROULEAS

    Plaintiff,

vs.

MITCH CARL CURRIE,

    Defendant.
_____/

FILED __ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON DEFENDANT'S MOTION TO CONTINUE

THIS CAUSE came to be reviewed pursuant to Defendant, MITCH CARL CURRIE's Motion to Continue, after reviewing the pleadings and the Court being otherwise duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED THAT;

The Defendant, MITCH CARL CURRIE's Motion to Continue the Change of Plea Hearing which is currently scheduled for October 26, 2000 at 1:00 p.m. is hereby Granted. Reset for October 25, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 20 day of October, 2000.

U.S. DISTRICT COURT JUDGE

Copies Furnished to:
Eileen O'Connor, Esquire
Alvin E. Entin, Esquire

