UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55519-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR 00-6257-CR WPD
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
MITCH CARL CURRIE )
Defendant

*********************************************

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
U.S. District Court           (circle one)

FILED by ___ D.C.
OCT 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

*********************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9-7-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BANK FRAUD
RULE 20 FROM D/AZ

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 2-16-36

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case# 00-6257-CR-WPD

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant   RULE 20 FROM D/AZ
[ ] Parole Violation Warrant

Originating District: D/ARIZ

COPY OF WARRANT LEFT WITH BOOKING OFFICE?  [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: USM   (11) Phone: _____

(12) Comments: _____

5