**CRIMINAL MINUTES**

```
FILED by _____ D.C.

OCT 25

CLARENCE MA ____
CLERK U.S. DIS ____
S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6257-CR-WPD    DATE: October 25, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Mitch Carl Currie_

U.S. ATTORNEY: _Cara O'Connor_    DEFT. COUNSEL: _Almia Enlin_

REASON FOR HEARING: _Change of plea_

RESULT OF HEARING: _Deft sworn and questioned_
_by the court. Deft to enter guilty_
_plea to Counts 1 & 2. Waiver of_
_statute of limitations has been filed._

CASE CONTINUED TO: _1/12/01_    TIME: _2:00/11:30_    FOR: _Sentencing_

MISC: _written plea agreement filed._