UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6257-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCH CARL CURRIE,

    Defendant.
_____/

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE FROM THE DEFENDANT'S DETERMINED GUIDELINES SENTENCE RANGE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Motion pursuant to Section 5K1.1 of the Sentencing Guidelines seeking a downward departure from the defendant's guidelines range to a sentence of probation, and, in support thereof, hereby asserts that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _____
     EILEEN M. O'CONNOR
     ASSISTANT UNITED STATES ATTORNEY
     Florida Bar No. 335304
     500 E. Broward Blvd., Ste. 700
     Fort Lauderdale, Florida 33301
     Tel:(954)356-7255/Fax:356-7336



**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed and sent by facsimile on this 11th day of January, 2001 to Alvin E. Entin, Esquire, Entin, Margules & Della Fera, P.A., 200 East Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301 and facsimile number (954) 767-8343.

EILEEN M. O'CONNOR
ASSISTANT UNITED STATES ATTORNEY