**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: _00 – 6257 – CR·WPD_  DATE: _January 12, 2001_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Mitch Carl Levine_

U.S. ATTORNEY _Esther O'Connor_    DEFT. COUNSEL: _Alvin Entin_
_Kerry Barefield Jr_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_5 years probation, $331,532.73 Restitution,_
_$100 ~~fine~~ assesment, no Fine_

_____
_____
_____
_____
_____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _Deft's m/downward departure filed & granted_
_Deft Informed of Right to Appeal._