# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Offenses Committed On or After November 1, 1987) |
| **MITCH CARL CURRIE** | **Case Number:  0:00-06257-CR-001** |

Counsel For Defendant: **Alvin Entin, Esq.**
Counsel For The United States: **Laurence Bardfled, AUSA**
Court Reporter: **Robert Ryckoff**

**THE DEFENDANT:**

[X]  pleaded guilty to count(s) One and Two

[ ]  pleaded nolo contendere to count(s)
which was accepted by the court.

[ ]  Was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.

'01 JAN 17 PM

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1014 | False Statements to Financial Institutions | 11/11/1989 | One and Two |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)

[ ]  Count(s)                    (Is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **02/16/1936**
Defendant's USM Number: ~~07683-004~~  *55517-004*

Defendant's Residence Address:
11521 Park Row
Apartment 1915
Houston, TX 77084

Defendant's Mailing Address:
11521 Park Row
Apartment 1915
Houston, TX 77084

**January 12, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: _____

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

