UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6257-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCH CARL CURRIE,

    Defendant.
_____/

### CONSENT AGREEMENT

    The United States of America and <u>Mitch Carl Currie</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the <u>$331,532.73</u> restitution imposed in the Judgment In A Criminal Case entered herein <u>January 12</u>, 20<u>01</u>, against Defendant <u>Mitch Carl Currie</u>, pursuant to the following terms.

    1.   The Defendant, <u>Mitch Carl Currie</u>, shall pay the restitution balance of <u>$267,932.73</u> to the victims, at the rate of <u>$1,000.00</u> per month, to be divided at a pro rata share between the victims at the following rate, FDIC shall receive <u>$800.00</u> per month and Visa shall receive <u>$200.00</u> per month, beginning <u>October 1</u>, 20<u>05</u>, and each month thereafter until the obligation is paid in full. Visa has been paid <u>$63,600.00</u> to date leaving a balance of <u>$52,771.00</u> due VISA while FDIC has not received any payments to date, leaving a balance of <u>$215,161.73</u> due FDIC.



2. The Defendant, <u>Mitch Carl Currie</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section
        301 North Miami Avenue
        Miami, Florida  33128

**The case number and defendant's name must be printed on the check.**

3. The Defendant, <u>Mitch Carl Currie</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to pursue legal remedies to seek collection of the balance of the judgment.

5. The Defendant, <u>Mitch Carl Currie</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida  33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $ 331,532.73 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

```
                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY


_____   By:   _____
Defendant: Mitch Carl Currie            Elizabeth Ruf Stein
540 Carillon Parkway                    Assistant U.S. Attorney
Apt. #2501                              Financial Litigation
St. Petersburg, FL  33716               99 N.E. 4th Street, #313
Home: (727) 571-1283                    Miami, FL 33132-2111
Cell: (888) 876-4005                    Phone:(305) 961-9313
SSN: ███████                            Fax: (305) 530-7139

                                        Fla Bar No. 354945
                                        elizabeth.stein@usdoj.gov
```

_____
Janice T. Bradley
U.S. Probation Officer
Middle District of Florida
501 E. Polk Street
Suite 900
Tampa, FL 33602
Phone: (813) 301-5750
Fax: (813) 301-5507


Dated this __7th__ day of __September__, 20_05_.