UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6257-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MITCH CARL CURRIE,

    Defendant.
_____/



## ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $331,532.73, entered on January 12, 2001, shall be paid according to the agreed schedule. Defendant shall pay $1,000.00 per month, to be divided at a pro rata share between the victims at the following rate, FDIC shall receive $800.00 per month and Visa shall receive $200.00 per month, beginning October 1, 2005, and each month thereafter until the obligation is paid in full. Visa has been paid $63,600.00 to date leaving a balance of $52,771.00 due VISA while FDIC has not received any payments to date, leaving a balance of $215,161.73 due FDIC.



Upon the complete satisfaction of the $331,532.73 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this 15 day of September, 2005.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Elizabeth Ruf Stein, AUSA
    Alvin Entin, Counsel for Defendant
    Mitch Carl Currie, Defendant
    Janice T. Bradley, U.S.P.O.